UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHU WANG,

      Petitioner,

    v.

TODD M. LYONS, et al.,

      Defendants.

No. 1:26-cv-01868-DC-EFB (HC)

ORDER TRANSFERRING MATTER TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

On March 8, 2026, Petitioner, an immigration detainee, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention in U.S. Immigration and Customs Enforcement ("ICE") custody. (Doc. No. 1.) In that petition, Petitioner alleges that he "is in the physical custody of Respondents at the Adelanto Detention Facility in Adelanto, California," (Doc. No. 1 at ¶ 1), which is located in San Bernardino County, California, and thus venue is proper in the Central District of California. Indeed, San Bernardino County is located in an area covered by the United States District Court for the Central District of California—not this district. Jurisdiction over this § 2241 petition is proper only in the district of confinement. *See Doe v. Garland*, 109 F.4th 1188, 1197-98 (9th Cir. 2024).

Thus, in the interests of justice this action will be transferred to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1631.

Accordingly,

1

1.    This matter is transferred to the United States District Court for the Central District of California; and

2.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

Dena Coggins
United States District Judge

2