**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WANG SHU,<br><br>               Petitioner,<br><br>   v.<br><br>TODD M. LYONS, et al.,<br><br>               Respondents. | Case No. 5:26-cv-01530-FWS-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The time for filing objections has expired, and no objections have been made.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation is accepted and adopted;

2. Claim One of the Petition is GRANTED to the extent it seeks a finding that Petitioner's detention is governed by 8 U.S.C. § 1226(a);

3. Respondents are ENJOINED from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order; and

4. The parties are ordered to file a joint status report within fourteen (14) days of the date of this Order, which must discuss the results of any bond hearing held and address the question of whether the remaining claims in the Petition have been rendered moot.

Dated:  May 5, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2