**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SHU WANG,
Petitioner,
v.
TODD M. LYONS, et al.,
Respondents.

Case No. 5:26-cv-01530-FWS-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition is denied;
3. Judgment shall be entered dismissing this action without prejudice; and

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: September 16, 2026

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE