**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

SHU WANG,
Petitioner,
v.
TODD M. LYONS, et al.,
Respondents.

Case No. 5:26-cv-01530-FWS-BFM

**JUDGMENT**

Pursuant to the Order Denying First Amended Petition (ECF 55), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 34) is denied without prejudice. The Court directs the Clerk of Court to close this case.

DATED: September 16, 2026

HONORABLE FRED W. SLAUGHTER
UNITED STATES MAGISTRATE JUDGE